# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Ross Chamberlain Shelter,

        Debtor.

Case No. 24-13578-PMM

Chapter 7

**Praecipe to Withdraw Document**

To the Clerk of Court:

    Please withdraw the Motion to Extend Time, which was filed with the Court on October 7, 2024, as ECF No. 7. Thank you.

Date: October 7, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com